AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHIECHI, CAROLYN P. | U.S. TAX COURT | 5/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (SENIOR STATUS- ON RECALL) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

ROOM 233
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217-0002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 09/1992 | Sutherland, Asbill & Brennan (SAB) (See VIII. Additional Information or Explanations) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Asssociation Section of Taxation | 05/2011 | Washington, DC | ABA Section of Taxation Meeting | meals and registration fee waived |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SAB HR 10 Plan | | None | P1 | T | | | | | |
| 2. Coca Cola Co., Common Stock | A | Dividend | K | T | | | | | |
| 3. BP PLC, Common Stock | B | Dividend | K | T | | | | | |
| 4. Merck & Co., Common stock | A | Dividend | J | T | | | | | |
| 5. MEDCO Health Solutions, Inc., Common Stk | | None | J | T | | | | | |
| 6. Stryker Corp., Common stock | A | Dividend | L | T | Donated (part) | | | | |
| 7. RBC Wealth Management US Government Money Market Fund | | None | J | T | Redeemed (part) | | J | | See VIII for explanation |
| 8. WalMart Stores, Inc., Common Stk | A | Dividend | K | T | | | | | |
| 9. Marriott Int'l, Inc. New, Class A, Common Stk | | None | K | T | | | | | |
| 10. Marriott Vacations Worldwide Corp cmn stk | | None | J | T | Spinoff (from line 9) | 11/22/11 | J | | |
| 11. Host Hotels and Resorts Inc., Common Stk. | | None | J | T | | | | | |
| 12. Iberdola SA, Common Stk | A | Dividend | | | Sold | 07/21/11 | J | | |
| 13. PNC Financial Corp., Common Stk | A | Dividend | J | T | | | | | |
| 14. Microsoft Corp., Common Stk | A | Dividend | M | T | Donated (part) | | | | |
| 15. Bank of America (MM/Ckg Accts) | A | Interest | K | T | | | | | |
| 16. Medtronic Common Stk | A | Dividend | K | T | | | | | |
| 17. Boeing, Co., Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NIKE, Class B Common Stock | A | Dividend | K | T | | | | | |
| 19. Dell Computer, Common Stk | | None | J | T | | | | | |
| 20. CitiGroup Inc., Common Stk. | | None | | | Redeemed | 05/06/11 | J | | reverse split |
| 21. Citigroup, Inc. Com New cmn stk | | None | J | T | Spinoff (from line 20) | 05/06/11 | J | | rev. split--line 20 |
| 22. Amgen. Inc., Common Stk | A | Dividend | J | T | | | | | |
| 23. General Electric, Common Stk | A | Dividend | J | T | | | | | |
| 24. UBS Bank USA Deposit (Money Market Fund) | | None | J | T | Redeemed (part) | | J | | See VIII for explanation |
| 25. Berkshire Hathaway B, Common Stock | | None | J | T | | | | | |
| 26. Cisco Systems Inc., Common Stock | | None | J | T | | | | | |
| 27. Johnson & Johnson, Common Stock | A | Dividend | J | T | | | | | |
| 28. Liberty Media Hldg. Ser. A Inter, Common Stock | | None | J | T | | | | | |
| 29. Liberty Media Hldg. Cap Ser. A, Common Stock | | None | | | Merged (with line 31) | 09/26/11 | J | | |
| 30. Liberty Media Starz Ser. A, Common Stock | | None | | | Merged (with line 31) | 09/26/11 | J | | |
| 31. Liberty Media Corp. cmn stk | | None | J | T | | 09/26/11 | J | | See VIII for explanation |
| 32. The DIRECTV Group CL A., Common Stock | | None | J | T | | | | | |
| 33. Amazon.com, Inc. Common Stock | | None | J | T | | | | | |
| 34. American Int'l Group, Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Anadarko Pete., Common Stock | A | Dividend | J | T | | | | | |
| 36. Autodesk Inc. Delaware, Common Stock | | None | J | T | | | | | |
| 37. Bed Bath & Beyond Inc., Common Stock | | None | J | T | | | | | |
| 38. Biogen Idec Inc., Common Stock | | None | J | T | | | | | |
| 39. Broadcom Corp. Cl A, Common Stock | | None | J | T | | | | | |
| 40. Cablevision Systems Corp., Common Stock | A | Dividend | J | T | | | | | |
| 41. AMC Networks, Inc., cmn stk | | None | J | T | Spinoff (from line 40) | 07/01/11 | J | | |
| 42. Madison Square Garden Inc., Common Stock | | None | J | T | | | | | |
| 43. Charming Shoppes Inc., Common Stock | | None | J | T | | | | | |
| 44. Cree Research Inc., Common Stock | | None | J | T | | | | | |
| 45. Electronic Arts Inc., Common Stock | | None | J | T | | | | | |
| 46. Expedia Inc., Common Stock | A | Dividend | J | T | | | | | |
| 47. Trip Advisors, Inc., cmn stk | | None | J | T | Spinoff (from line 46) | 11/21/11 | J | | |
| 48. Forest Laboratories Inc., Common Stock | | None | J | T | | | | | |
| 49. Genzyme Corp., Common Stock | | None | | | Redeemed | 06/01/11 | J | | See VIII for explanation |
| 50. Contingent Value Rights rec'd from Sanofi Adventis | | None | J | T | | 06/01/11 | J | | See VIII for explanation |
| 51. Nat'l Oilwell Varco Inc., Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Home Depot Inc., Common Stock | A | Dividend | J | T | | | | | |
| 53. IAC/Interactive Corp. New, Common Stock | A | Dividend | J | T | | | | | |
| 54. HSN Inc., Common Stock | A | Dividend | J | T | | | | | |
| 55. Interval Leisure Group, Common Stock | | None | J | T | | | | | |
| 56. Tree. Com, Common Stock | | None | J | T | | | | | |
| 57. Intel Corp, Common Stock | A | Dividend | J | T | | | | | |
| 58. L-3 Comm. Hldg Inc., Common Stock | A | Dividend | J | T | | | | | |
| 59. Lehman Bros Hldg Inc., Common Stock | | None | J | T | | | | | |
| 60. Liberty Global Inc. Cl A, Common Stock | | None | J | T | | | | | |
| 61. Bank of America Corp., Common Stock | A | Dividend | J | T | | | | | |
| 62. Micron Tech Inc., Common Stock | | None | J | T | | | | | |
| 63. Pall Corp, Common Stock | A | Dividend | J | T | | | | | |
| 64. Pepsico Inc, Common Stock | A | Dividend | J | T | | | | | |
| 65. Pfizer Inc, Common Stock | A | Dividend | J | T | | | | | |
| 66. Proctor & Gamble, Common Stock | A | Dividend | J | T | | | | | |
| 67. Sandisk Corp, Common Stock | | None | J | T | | | | | |
| 68. Seagate Corp, Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Texas Instruments, Common Stock | A | Dividend | J | T | | | | | |
| 70. Time Warner Inc New, Common Stock | A | Dividend | J | T | | | | | |
| 71. Time Warner Cable, Inc., Common Stock | A | Dividend | J | T | | | | | |
| 72. AOL, Inc., Common Stock | | None | J | T | | | | | |
| 73. Tyco International Ltd., Common Stock | A | Dividend | J | T | | | | | |
| 74. Tyco Electronics Ltd., Common Stk. | A | Dividend | | | | 03/17/11 | J | | name chngd to l. 75 |
| 75. TE Connectivity Ltd., cmn stk (formerly named line 74) | A | Dividend | J | T | | 03/17/11 | J | | name change of l. 74 |
| 76. Covidien PLC, Common Stock | A | Dividend | J | T | | | | | |
| 77. United Health Gp Inc, Common Stock | A | Dividend | J | T | | | | | |
| 78. Walt Disney Co, Common Stock | A | Dividend | J | T | | | | | |
| 79. Weatherford Int'l Ltd., Common Stock | | None | J | T | | | | | |
| 80. Yahoo Inc, Common Stock | | None | J | T | | | | | |
| 81. EBay, Inc., Common Stk. | | None | J | T | | | | | |
| 82. Live Nation Entm't Inc, Com Stk formerly Ticketmaster Entm' | | None | J | T | | | | | |
| 83. UBS IRA | D | Int./Div. | O | T | | | | | |
| 84. --BP PLC, Common Stk | | | | | | | | | |
| 85. --General Electric, Common Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Goldman Sachs, Common Stock | | | | | | | | | |
| 87. --AT&T Inc., Common Stock | | | | | | | | | |
| 88. --Schlumberger, Common Stock | | | | | | | | | |
| 89. --Target, Common Stock | | | | | | | | | |
| 90. --St. Paul Travelers, Common Stock | | | | | | | | | |
| 91. --Columbia Marsico Focus Eq. A Mutual Fund | | | | | Buy | 12/12/11 | J | | |
| 92. --Hartford Cap Appreciation A Mutual Fund | | | | | Buy | 12/27/11 | J | | |
| 93. --Verigy Ltd, Common Stock | | | | | Redeemed | 07/08/11 | J | | See VIII for explanation |
| 94. --Kinetics New Paradigm Fund Cl A Mutual Fund | | | | | Buy | 01/03/11 | J | | |
| 95. --UBS Bank USA Deposit ((Money Market Fund) | | | | | Buy | 01/07/11 | L | | See VIII for explanation |
| 96. | | | | | Buy | 03/09/11 | L | | |
| 97. | | | | | Redeemed (part) | 06/02/11 | L | | |
| 98. | | | | | Redeemed (part) | 06/08/11 | K | | |
| 99. | | | | | Buy | 06/29/11 | L | | |
| 100. | | | | | Buy | 07/08/11 | J | | |
| 101. | | | | | Redeemed (part) | 08/02/11 | J | | |
| 102. | | | | | Buy | 08/26/11 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 09/09/11 | L | | |
| 104. | | | | | Redeemed (part) | 09/22/11 | K | | |
| 105. | | | | | Redeemed (part) | 09/23/11 | L | | |
| 106. | | | | | Redeemed (part) | 09/28/11 | K | | |
| 107. | | | | | Buy | 11/18/11 | L | | |
| 108. | | | | | Buy | 12/09/11 | L | | |
| 109. --Medallion Bank 0.20 % due 3/8/11 Fixed Rate CD | | | | | Redeemed | 03/08/11 | K | | |
| 110. --Bank of China NY 0.30% due 6/8/11 Fixed Rate CD | | | | | Redeemed | 06/08/11 | M | | |
| 111. --Beal Bank 0.30% due 6/8/11 Fixed Rate CD | | | | | Redeemed | 06/08/11 | M | | |
| 112. --FHLB 3.75% due 7/06/18 Government Bond | | | | | Redeemed | 01/06/11 | K | | |
| 113. --FHLB 3.6% due 7/21/20 | | | | | Redeemed | 08/25/11 | K | | |
| 114. --FHLB 4.5% due 5/4/22 Government Bond | | | | | Redeemed | 06/28/11 | K | | |
| 115. --Bank of China NY 0.30% fixed rate CD, due 12/8/11 | | | | | Buy | 06/01/11 | K | | |
| 116. | | | | | Redeemed | 12/08/11 | K | | |
| 117. --Ally Bank 0.20% fixed rate CD, due 9/8/11 | | | | | Buy | 06/01/11 | K | | |
| 118. | | | | | Redeemed | 09/08/11 | K | | |
| 119. --GE Money Bank 0.30% fixed rate CD, due 6/25/12 | | | | | Buy | 09/16/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Beal Bank NV 0.45% fixed rate CD, due 9/26/12 | | | | | Buy | 09/16/11 | K | | |
| 121. --FFCB 2.35% Gov't Bond, due 11/15/17 | | | | | Buy | 06/01/11 | L | | |
| 122. | | | | | Redeemed | 11/18/11 | L | | |
| 123. --Abbott Labs common stock | | | | | Buy | 09/19/11 | J | | |
| 124. --Johnson & Johnson common stock | | | | | Buy | 09/19/11 | J | | |
| 125. --Apple Inc., common stock | | | | | Buy | 07/28/11 | J | | |
| 126. UBS IRA PACE MULTI | A | Int./Div. | J | T | | | | | |
| 127. --UBS Bank USA Deposit (Money Market Fund) | | | | | | | | | |
| 128. Estate ▓▓▓▓ | D | Int./Div. | P1 | T | Distributed (part) | 10/15/11 | J | | See VIII for explanation |
| 129. --1/3 interest in certain real property | | | | | | | | | |
| 130. --Aetna Life Ins. Co. group life policy | | | | | Matured | 08/03/11 | J | | |
| 131. --Wells Fargo Ckg./Savings Accounts | | | | | | | | | |
| 132. --Investors Bank CD | | | | | | | | | |
| 133. --Investors Bank CD | | | | | | | | | |
| 134. --Investors Bank CD | | | | | | | | | |
| 135. --Hudson Bank CD | | | | | | | | | |
| 136. --Hudson Bank CD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Hudson Bank CD | | | | | | | | | |
| 138. --Hudson Bank CD | | | | | | | | | |
| 139. --Hudson bank CD | | | | | | | | | |
| 140. --Hudson Bank CD | | | | | | | | | |
| 141. --Kearny Federal Bank CD | | | | | | | | | |
| 142. --Kearny Federal Bank CD | | | | | | | | | |
| 143. --Garden State Community Bank CD | | | | | | | | | |
| 144. --Provident Bank CD | | | | | | | | | |
| 145. --Provident Bank CD | | | | | | | | | |
| 146. --Fidelity Bank--IRA | | | | | | | | | |
| 147. --Exxon Mobil common stock | | | | | | | | | |
| 148. --Centerpoint Energy common stock | | | | | | | | | |
| 149. --Colgate Palmolive common stock | | | | | | | | | |
| 150. --Genon Energy common stock | | | | | | | | | |
| 151. --Southern Co. common stock | | | | | | | | | |
| 152. --2009 Honda Accord automobile | | | | | Distributed | 10/15/11 | J | | See VIII for explanation |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 5/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II.  AGREEMENTS (Cont'd).

At least for the foreseeable future, I decided to continue to have certain of the amounts I had accumulated in the HR 10 Plan, which is sponsored by SAB of which I was a partner through September 30, 1992, and which is an independently managed, fully funded, defined contribution plan that allows for self-directed investments, to be managed by the advisor retained by SAB.  In July 2000, I rolled over into an IRA at Morgan Stanley the balance of those amounts.  In 2007, I rolled over my Morgan Stanley IRA accounts into IRA accounts at UBS Financial Services, Inc. (UBS).

I have a vested interest in the Sutherland, Asbill & Brennan Defined Benefit Plan for Partners and Nonlegal Personnel.  The benefit I am entitled to receive under that plan is an annual income on a straight-line basis of $6,782.15 per year, commencing at normal retirement age of 65 and which became effective as of 1/1/09.  Annual amount is paid equally over 12 months.  Pursuant to the terms of the plan, I was not entitled to a lump-sum payout when I withdrew as a partner from SAB effective October 1, 1992, because, as a relatively new plan, the benefits to the participants of the plan were not fully funded.  The plan provides that pension payments will begin automatically after I attain the normal retirement age of 65.  The amount of the pension payments are in no way affected by the profitability of SAB or by the performance of the trust fund.  If the trustee of the plan was to realize a better or a worse investment rate than assumed in the actuarial calculations for the plan, SAB either would contribute less or more to provide the defined benefit of all participants.  The plan may be terminated either because of a change in the law or a decision by the partners of SAB to discontinue this benefit.  In the event of plan termination, ERISA provides very specific rules for the allocation of plan assets among participants, with those who have already retired being given fully funded benefits first.  If SAB were not able to provide all benefits, the Pension Benefit Guaranty Corporation would pick up the liability for any shortfall up to the benefit levels insured by that agency.  It is my understanding that, except in that unlikely event, my benefit under the plan is a fixed amount.

VII.  INVESTMENTS AND TRUSTS

P. 4, line 7

Dividends on various stocks or stock disposition proceeds were automatically invested on various dates in RBC Wealth Management US Government Money Market Fund,  and investment was redeemed as soon as practicable in order to pay me cash on 1/3, 2/1, 4/1, 5/2, 6/1, 7/1, 8/1, 9/1, 10/3, 11/1, and 12/1, 2011.  A small amount invested in that fund had not been distributed to me by the end of 2011.

P. 5, line 24

Dividends on various stocks and  stock disposition proceeds were automatically invested on various dates in UBS Bank USA Deposit (Money Market Fund), and investment was redeemed as soon as practicable in order to pay me cash on 5/3, 6/30, 7/29 8/31, 9/30, 10/31, 11/30, 12/30, 2011.  A small amount invested in that fund had not been distributed to me by the end of 2011.

P. 5, lines 29, 30, 31

Liberty Media Hldg. Cap. Ser. A and Liberty Media Starz Ser. A merged with Liberty Media Corp., and stockholders of former two companies received common stock of third company.

P. 6, lines 49 and 50

Sanofi Aventis acquired  Genzyme Corp. and distributed to stockholders of Genzyme Corp. cash and contingent value rights to Sanofi Aventis that expire on 12/21/20.

P.9, line 93

Advantest Corp. acquired Verigy Ltd. and distributed cash to stockholders of Verigy Ltd.

P. 9-10,  lines 95 through 108

UBS IRA account purchased UBS Bank USA Deposit money market shares with dividends or securities sales proceeds received on various dates and redeemed certain shares of that fund on various dates.

P. 11, line 128

All assets of Estate [                    ] were valued using market method except for miscellaneous personal property (e.g., clothing, furniture, costume jewelry) whose value was estimated, an automobile whose value was determined by the Blue Book, and a one-third interest in certain real property that was valued by having an appraisal of that real property and taking one-third of that appraisal as the value of the one-third interest. I was bequeathed the one-third interest in the real property just discussed, was the beneficiary of an Aetna Life Ins. Co. group life insurance policy and received the insurance proceeds in 2011, and am entitled to one-half of the remainder of the estate. The other half of the remainder of the estate is bequeathed [         ], [     ] received a partial distribution described on p. 12, line 152 and below.

p. 12, line 152

Vehicle was distributed [         ], the other beneficiary of the estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ CAROLYN P. CHIECHI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544